James IRA Jackson
     Petitioner

                              2:25-CV-65-JLB-KCD

        -V-

FEB 10 2025 AM11:04
FILED - USDC - FLMD - FTM

Shevaun L. harris, Kristen Kanner,
Raven Reid, well path group holdings
LLC, wellpath Recovery solutions,
wellpath recovery solutions LLC,
Recovery solutions LLC, Recovery
solutions, Jorge Dominicis, MR Ben
slocum, MR. Jeremy Barr, MR. Tony
James, Cindy watson, DR. Thomas pangburn,
Ms. Carla Wallace, MRs. Casey McCluskey
parker, MR. David waltzer, Ms. Zeia guirol,
MR. David crocker, MR. Mark goldstone,
MR. Justin searle, Kip haliman, DR. Taylor
sithian M D, patrick J. Kennedy, DR. Valerie
montgomery Rice, M.D, Scott weicomb,
Esin herda, Kristin Allred, Lynn cole,
Andrew Hoffman, Terry Royal, Diana
Acosta, Kelly manguir, Teresa Koeberlin
Constance woulard, Adam Thau, gema,
mark brisson, Kathy o'neill, Jesse phelps,
Kathie liogier-Weyback, sam maymach,
DR. Donald sawyer, MR. Jon casner, Ms. Selina
Williams, DR. courtney Jones, DR. carol depast,
pay.D. py7845, Smart communications, Florida
civil commitment center, MR. Anderson,
MR. Brown.
                    Defendants

        This is a violation of petitioner eight Amendment
right for cruel and unusual punishment when
petitioner right is being violated as being
like the petitioner still in prison, plus,
treatment here is no good. cause they making
All special need residents to make their
level five in order to move up to phase II (2)
treatment which not in the rule book or resident
hand Book. Just their own rule that they

force on the petitioner and other special
need resident, The petitioner are asking for money
damage, from each of the defendants, in This
civil action lawsuit

This is a civil action authorized by 42
U.S.C. section 1983 To redress the deprivation,
under color of state law, of rights secured by
The constitution of the united states, The court
has Jurisdiction under 28 U.S.C. section
1331 and 1343(a)(3). The petitioner seek
declaratory relief and money damage
pursuant To 28 U.S.C. section 2201 and
2202, The petitioners claims for injunctive
relief are authorized by 28 U.S.C. section
2283 an 2284 and Rule 65 of The
federal rules of civil procedure.

(1) Shevaun L. harris, (is employed as The
secretary of the Department of children and
family services (D.C.F.S.) in and for The state
of florida.) and being so liable and responsible
in her official, professional and individual capacity
and has a contractual obligation To The petitioner
pursuant To The laws of the state of florida, and her
oath of office of which she has violated and has
so failed in her fiduciary duty and breach of contract
in her responsibility of over seeing The contracted
private Treatment service provider with the state
of florida and (D.C.F.S.)g The defendant has a duty
or Thority To act(a) where each personally involed,
implicitly authorized, knowingly acquiesced, or approved
The continued and furtherance of such acts(3) The
Defendants has cause The petitioner personal injury
by prolonging unJust DeTentions·· (Derivative liability
clause)

(2) Kristen Kanner(is employed by The Department
of children and families services as The program
Director of sexual violent predator (S.V.P.) program)
and being so liable and responsible in her official
professional and individual capacity and has a
contractual obligation To The petitioner pursuant

To the laws of the state of Florida and her oath of office which she has violated and has so failed in her fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment service provider with the state of Florida and (D.C.F.S.) The defendant has a duty of authority to act (2) where each personal involved implicitly authorized, knowingly acquiesced or approved the continued and furtherance of such acts (3) The defendants cause the petitioner personal injury by prolonging unjust detention. · · (Derivative liability clause).

(3) Raven Reid (is employed by the Department of children and families services as the program Director for (S.V.P.) program, and being so liable and responsible in her official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and her oath of office which she has violated and has so failed in her fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment services provider with the state of Florida and (D.C.F.S.) The defendant has a duty of authority to act (2) where each personally involved, implicitly, authorized, knowingly acquiesced, or approved the continued and furtherance of such acts (3) The defendants cause the petitioner personal injury by prolonging unjust detention · · · (Derivative liability clause).

(4) Wellpath group holdings LLC, wellpath recovery solutions, wellpath recovery solutions LLC, recovery solutions, LLC (prison health services and carizon health correct care solutions (ccs) Audax group and GTCR 2003 merger, H.I.G. capital and correctional medical group (formerly known as correctional physicians medical group) wellpath holdings LLC) responsible in its official, business, professional contract of contracted private treatment services provider with the state of Florida and (D.C.F.S.) The defendants has a duty of authority to act (Derivative liability clause)

Contracted private treatment services provider with the state of Florida and (D.C.F.S.) wellpath

group holdings LLC, wellpath recovery solutions, wellpath recovery solutions LLC, Recovery solutions LLC. is responsible in its official, business, professional and individual capacity and has a contractual obligation to the petitioner pursuant to contract of contracted private treatment services provider with the state of florida and (D.C.F.S.) and for the operation of the florida civil commitment center and being so liable and responsible in their official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and their oath of office of which the corporation has violated and has so failed in their fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.S.) The Defendants has a duty or authority to act (2) where each personally involved, implicitly, authorized, knowingly acquiesced, or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by prolonging unjust detention. (Derivative liability clause)

(5) Recovery solutions is a subsidiary of wellpath group holdings LLC., wellpath recovery solutions as and being so liable and responsible in the corporations official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and their oath of office of which they have violated and has so failed in their fiduciary duty and breach of contract in their responsibility of overseeing contracted private treatment service provider with the state of florida and (D.C.F.S.) The Defendants has a duty or authority to act (2) where each personally involved, implicitly, authorized, knowingly acquiesced, or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by prolonging unjust detention. — (Derivative liability clause) wellpath group holdings LLC., wellpath Recovery solutions contract of contractual private treatment provider for the operation of the florida civil commitment center

with the state of Florida and (D.C.F.S.) as being responsible in its professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and (D.C.F.S.) (Derivative liability clause, is so included (as applicable also) to notices to all defendants)

(6) Jorge Dominicis (is so employed and is a co-founder, co-chairman, and H.I.G. Board and being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment provider with the state of Florida and (D.C.F.S.) The Defendant has a duty or authority to act (2) where each personally involved, implicitly authorized, knowingly acquiesced, or approved the continued and furtherance of such act (3) The Defendants cause the petitioner personal injury by prolonging unjust detention... (Derivative liability clause) The Defendants has a duty or authority to act (2) where each personally involved implicitly authorized, knowingly acquiesced, or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by prolonging unjust detention...

(7) Mr Ben Slocum is so employed and is the president and interim CEO, Chairman for wellpath group holdings LLC, wellpath recovery solution and being so liable and responsible in his official, professional, and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and his oath of office which the has violated and has so failed in his fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment services provider with the state of Florida and (D.C.F.S.) The Defendant has a duty or authority to act (2) where each personally involved, implicitly authorized knowingly acquiesced or approved The continued and furtherance of such act (3) The Defendants cause the petitioner personal injury by prolonging unjust detention... (Derivative liability clause)

(8) MR. Jeremy Barr is so employed and is The Division president, for well path recovery solutions, wellpath group holdings LLC and being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated and has so failed in his ~~breach~~ fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment provider with the state of florida and (D.C.F.S.) The Defendant has a duty or authority to a ct (2) where each personally involved, implicitly authorized knowingly acquiesced or approved the continued and furtherance of such a cts (3) The Defendant cause personal injury by prolonging unjust detention... (Derivative liability clause)

(9) MR. Tony James, is so employed and is founder an co-ceo; wellpath group holdings LLC, wellpath recovery solutions and is responsible in his professional, and individual capacity and has a contractual obligation pursuant to the laws of the state of florida, and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment provider with the state of florida and (DC.F.S.) The Defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesced or approved the continued and furtherance of such a cts (3) The Defendant cause the petitioner personal injury by unjust detention... (Derivative liability clause)

(10) Ms. Cindy wilcox is so employed and is the The chief operation officer (H.I.G.) wellpath group holding LLC, wellpath recovery solutions, wellpath group holdings LLC, wellpath recovery solutions, and being so liable and responsible in her official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and her oath of office of which she has violated and has so failed in her fiduciary duty

one breach of contract in her responsibility of overseeing the contracted treatment service provider with the state of florida and (D.E.C.) The Defendant has a duty or authority to act (2) were each personally involved implicitly authorized knowingly acquiesced or approves The continued and furtherance of such acts (3) The Defendants cause The petitioner personal injury unjust detention... (Derivative liability clause)

(11) DR. Thomas pangburn (is so employee and is The chief clinical officer (H.I.G.) wellpath group holdings, LLC. wellpath Recovery solutions, wellpath group holdings LLC, wellpath recovery solutions one being so liable and responsible in her official professional individual capacity and has a contractual obligation to The petitioner pursuant To The laws of The state of florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in her responsibility of overseeing The contracted treatment service provider with The state of florida and (D.C.F.S.) The Defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesced or approved The continued and furtherance of such acts (3) The Defendants cause The petitioner personal injury by unjust detention... (Derivative liability clause)

(12) MS. cola wallace (is so employed with The (H.I.G.) investment group, wellpath group holdings LLC. wellpath recovery solutions as The chief compliance officer and being so liable and responsible in her official, professional, individual capacity and has a contractual obligation to The petitioner pursuant To The laws of The state of florida and her oath of officer in which she has violated and has so failed in her fiduciary duty and breach of contract in her responsibility of overseeing The contracted treatment private service provider with The state of florida and (D.C.F.S.) The Defendant has a duty or authority to act (2) where each personally involved implicitly authorized

Knowingly acquiesced or approved The continued
and furtherance of such acts (3) The Defendants
cause The petitioner personal injury by Unjust
detention... (Derivative liability clause)

(13) Mrs. Casey McCluskey Porter (is so employed
as The chief human resources officer for (H.I.G)
investment group, wellpath group holdings LLC...
and wellpath recovery solutions being so liable
and responsible in her official, professional
and individual capacity and has a Contractual
obligation to The petitioner pursuant to The
laws of The state of florida and her oath of office
of which she has violated and has so failed in
her fiduciary duty and breach of contract in Their
responsibility of overseeing The contracted
Treatment provided with The state of florida
and (D.C.F.S.) The Defendant has a duty or
authority to act (2) where each personally
involved implicitly authorized knowingly acquiesced
or approved The continued and furtherance of
such acts (3) The Defendants cause The petitioner
personal injury by Unjust detention... (Derivative
liability clause)

(14) Mr. DAVID WALTZER, (is so employed as The chief
financial officer for (H.I.G.) investment group
and wellpath group holdings LLC., wellpath recovery
solutions and being so liable and responsible in
his official, professional and individual capacity
and has a contractual obligation to The
petitioner pursuant to The laws of The state of
florida and his oath of office of which he has
violated and has so failed in his fiduciary
duty and breach of contract in Their responsibility
of overseeing The contracted private Treatment
provided with The state of florida and (D.C.F.S.)
The Defendant has a duty or Thority to act (2)
where each personally involved implicitly
authorized knowingly acquiesced or approved
The continued and furtherance of such acts (3)
The Defendants cause The petitioners personal
injury by Unjust detention... (Derivative liability
clause)

(15) Ms. Zeia Guirgis (is so employed as the chief Development officer, (H.I.G.) wellpath group holdings LLC, wellpath recovery solutions, wellpath group holdings LLC, wellpath recovery equtions, and being so liable and responsible in her officiai, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment services provider with the state of florida and (D-C-F-S-) the defendant has a duty or authority to act(2) where each personally involved implicitly authorizes, knowingly acquiesced or approved the continued and futherance of such acts(3) the Defendants cause the petitioner personal injury by unjust detention (Derivative liability clause)

(16) Mr. David crocker (is so employed as the chief information officer (HI.G.) invetment group and wellpath group holdings LLC, wellpath recovery solitions and being so liable and responsible, in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which she has violated and has so failed in his fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment provider with the state of florida and (D-C-F-S-) the defendant has a duty or authority to act(2) where each personally involves implicitly authorized knowingly acquiessed or approves the continued and futherance of such acts(3) the Defendants cause the petitioner personal injury by prolonging unjust detention... (Derivative liability clause)

(17) Mr. Mark goldstone (is so employed as the chief legal officer with and for the (HI.G.) invetment group and wellpath group holdings LLC, wellpath recovery solitions and being so liable and responsible in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in their responsibility of

overseeing the contracted private treatment provider
with the state of florida and (D.C.F.S) the defendants
has a duty or authority to act (2) where each personally
involved implicitly authorized, knowingly acquiesced or
approved the continued and furtherance of such acts (3)
the defendant cause the petitioner personal injury
by unjust detention. . . (Derivative liability clause)

(18) Mr. Justin Searle (is so employed as the division
president, local government, with and for the (H.I.G.)
investment group and wellpath group holdings LLC,
wellpath recovery solutions and being so liable and
responsible in his official, professional and individual
capacity and has a contractual obligation to the
~~state~~ petitioner pursuant to the laws of the state
of florida and his oath of office of which he has
violated and has so failed in his fiduciary duty and
breach of contract in their responsibility of overseeing
the contracted private treatment service provider with
the state of florida and (D.C.F.S) the defendant
has a duty or authority to act (2) where each personally
involved implicitly authorized knowingly acquiesced
or approved the continued and furtherance of such
acts (3) the defendants cause the petitioner personal
injury by unjust detention. . . (Derivative liability
clause)

(19) Kip Hallman (is so employed and is the co-chairman
wellpath group holdings LLC., wellpath recovery solutions
and being so liable and responsible in his official
professional and individual capacity and has a
contractual obligation to the petitioner pursuant to
the laws of the state of florida and his oath of office
of which he has violated and has so failed in his
fiduciary duty and breach of contract in their responsibility
of overseeing the contracted private treatment service
provider with the state of florida and (D.C.F.S) the
defendants has a duty or authority to act (2) where
each personally involved implicitly authorized knowingly
acquiesced or approved the continued and furtherance
of such acts (3) the defendants cause the petitioner
personal injury by unjust detention. . . (Derivative liability
clause)

(20) Dr. Taylor Sithian M.D. (is so employed by wellpath

group holdings LLC., wellpath recovery solution, and being so liable and responsible in her official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment provider with the state of florida and (D.C.F.S.) the Defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesces or approved the continued and furtherance of such acts (3) the Defendants cause the petitioner personal injury by unjust detention. (Derivative liability clause)

(21) PATRICK J. KENNEDY (is so employed by wellpath group holdings LLC, wellpath recovery solutions and is being so liable and responsible in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.S.) the Defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesces or approved the continued and furtherance of such acts (3) the Defendants cause the petitioner personal injury by unjust detention... (Derivative liability clause)

(22) DR. VALERIE MONTGOMERY RICE, M.D. (is so employed by wellpath group holdings LLC, wellpath recovery solution and being so liable and responsible in her official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and her oath of office of which she has violated and have so failed in her fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.C.) the Defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesces or approved the continued and furtherance of

such acts (3) The Defendants cause the petitioner personal injury by unjust detention... (Derivative liability clause)

(22) SCOTT welcome (Wellpath group holdings LLC, wellpath recovery solutions, is so employed by, and being so liable and responsible on in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in this responsibility of overseeing the contracted private treatment provider with the state of florida and (D.C.F.S.) The Defendant has a duty of authority to act (2) where each personally involved implicitly authorized knowingly acquiesced, or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by unjust detention... (Derivative liability clause)

(24) erin herDA, (is so employed by wellpath group holdings LLC.  , wellpath recovery solutions, which is in contract as a private treatment serivce provider for the operation of the florida civil commitment center with the state of florida and (D.C.F.S.) The Defendant being so liable and responsible in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of official of which he has violated and has so failed in his fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment provider with the state of florida and (D.C.F.S.) The Defendant has a duty of authority to act (2) where each personally involved implicitly authorized knowingly acquiesced or approved the continued and furtherance of such acts (3) The Defendants cause the personal injury by prolonging unjust detention... (Derivative liability clause)

(25) Kristin AllRED (is so employed by wellpath group holding LLC, wellpath recovery solution, which is in

contract as a private treatment service provider
for the operation of the florida civil commitment
centers with the State of florida and (D.C.F.S.) The
defendant being so liable and responsible in his
official, professional and individual capacity and
has a contract obligation to the petitioner pursuant
to the State of florida and his oath of officer
of which he has violated and has so failed in his
fiduciary duty and breach of contract in his
responsibility of overseeing the contracted
private treatment service provider with the State
of florida and (D.C.F.S.) The Defendant has a
duty or authority to act(2) where each personally
involved implicitly authorized, knowingly acquiesced
or approved the continued and furtherance of such
act(s) The Defendants cause the petitioner personal
injury by unjust Detention... (Derivative liability
clause)

(26) Lynn Cole(is so employed by: wellpath group
holdings LLC, wellpath recovery solutions and is
responsible in her official business, professional
and individual implicitly by contract of contracted
private treatment service provider for the operation
of the florida civil commitment center within the State
of florida and (D.C.F.S.) The Defendant has a duty
or authority to act(2) where each personally
involved implicitly authorized knowingly acquiesced
or approved the continued and furtherance of
such acts(3) The defendants cause the petitioner
personal injury by prolonging unjust detention.
(Derivative liability clause)

(27) Andrew hoffman(is so employed by wellpath
group holdings LLC wellpath recovery solutions which is
in contract as a private treatment service provider
for the operation of the florida civil commitment
centers within the State of florida and (D.C.F.S.) The
Defendant has a duty or authority to act(2) where
each personally involved implicitly authorized
knowingly acquiesced or approved the continued
and furtherance of such acts(3) The DEFENDANT
cause personal injury by prolonging uns
(Derivative liability clause)

(28) Terry Rowal (is so employee by: wellpath group holdings LLC., & wellpath recovery solutions as the Director of security operations and being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the State of florida and his oath of officer of which he has violated and has so failed in his fibudiary duty and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the State of florida and (D.C.F.S.) the defendant has a duty of authority to act (2) where each personally involved, implicitly authorized, knowingly acquiesced, or approved the continued and furtherance of such acts (3) the Defendants cause the petitioner personal injury by unjust detention ... (Derivative liability clause)

(29) Diana Acosta (is so employee by wellpath group holding LLC., wellpath recovery solution as senior Director of operations being so liable and responsible in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the State of florida and his oath of office of which he has violated and has so failed in his fibuciary duty and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the State of florida and (D.C.F.S.) the Defendant has a duty of authority to act (2) where each personally involved implicitly authorized, knowingly acquiesced, or approved the continued and furtherance of such acts (3) the Defendants cause the petitioner personal injury by prolonging unjust detention... (Derivative liability clause)

(30) Kerry mangold (is so employed by wellpath group holdings LLC., wellpath recovery solutions vice president of partnership and special projects which is in contract as a private treatment service provider for the operation of the florida civil commitment center with the State of florida and (D.C.F.S.) being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the State of florida and his oath of office of which he has violated and has so failed in his fibuciary duty and breach of

contract in his responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.C.) being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.C.) The Defendant has a duty or authority to act(a)where each personally involved implicitly authorized knowingly acquiesced or approved the continued and furtherance of such act(3)The Defendants cause the petitioner personal injury by unjust detention...(Derivative liability clause

(31)Teresa Koeberlin(is so employed by wellpath group holdings LLC., wellpath recovery solutions, which is in contract as a private treatment service provider for the operation of the florida civil commitment center and (D.C.F.C.) The Defendant is employed as the vice president of partnership and Government Affairs being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment provider with the state of florida and (D.C.F.C.)The Defendant has a duty or authority to act(2)where each personally involves implicitly authorized knowingly acquiesced or approved the continued and furtherance of such act(3)The Defendant cause the petitioner personal injury by unjust detention...(Derivative liability clause)

(32)constance woviard(is so employed by wellpath group holdings LLC., wellpath recovery solutions: which is in contract as a private treatment service provider for the operation of the florida civil commitment center with the state of florida and (D.C.F.C.)The Defendant is employed as the Director of nursing and utilization management being so liable and

responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the State of Florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the State of Florida and (D.C.F.S.) The defendant has a duty or authority to act (2) where each personally involved implicitly authorized, knowingly acquiesced or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by unjust detention. . . (Derivative liability clause)

(32) Adam Thaul is so employed by wellpath group holdings LLC, wellpath recovery solutions, which is in contract as a contract as a private treatment service provider with the state of Florida and (D.C.F.S.). The defendant is employed as a medical Director being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the State of Florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment provider with the State of Florida and (D.C.F.S) The Defendant has a duty or authority to act (2) where each personally involved implicitly authorized, knowingly acquiesced or approved the continued and furtherance such acts (3) The defendant cause the petitioner personal injury by prolonging unjust detention. . . (Derivative liability clause)

(32) genna marx brisson is employed by wellpath group holdings LLC, wellpath recovery solutions, which is in contract as a private treatment service provider for the operation of the florida civil commitment center with the State of Florida and (D.C.F.S.) The Defendant is employed as the senior vice president of operations and being so liable and responsible in his official, proffical, individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the State

of florida and his oath of office of which he
has violated and has so failed in his fiduciary
duty and breach of contract in his Responsibility
of overseeing The contracted private Treatment
service provider with The State of florida and
(D.C.F.S.) The Defending has a duty or authority
to act (2) where each personally involved implicitly
authorized knowingly acquiesced or approved
The continued and furtherance of such acts (3)
The Defendants cause The petitioner personal
injury by unjust detention...(Decivative liability
clause)

(34) Kathy o'neill (is so employed by wellpath
group holdings LLC., wellpath recovery solutions,
which is in contract as a private treatment
service provider for The operation of The florida
civil commitment center with The State of
florida and (D.C.F.S.) The Defendant is employed
as The senior Vice president of operations and being
so liable and responsible in her official, professional
and individual capacity and has a contractual
obligation to The petitioner pursuant to The
State of florida and her oath of office of which
she has violated and has so failed in her
fiduciary duty and breach of contract in her
responsibility of overseeing The contracted
private treatment service provider with the State
of florida and (D.C.F.S.) The Defendants has
a duty or authority to act (2) where each
personally involved implicitly authorized knowingly
acquiesced or approved The continued and furtherance
of such acts (2) The Defendants cause The petitioner
personal injury by unjust detention (Decivative
liable clause)

(35) Jesse Phelp (is employed by wellpath group
holdings LLC, well path recovery solutions. which is
in contract as a private Treatment service provider
for The operation of The florida civil commitment
center with The State of florida and (D.C.F.S.)
The Defendant is employed as The division
compliance officer. being so liable and responsible
in his official, professional and individual capacity
and has a contractual obligation to The petitioner

pursuant to the laws of the state of Florida and oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in their responsibility of overseeing the contracted private treatment provider with the state of Florida and (D.C.F.S.) The Defendant has a duty or authority to act (2) where each personally involated implicitly authorized knowingly acquiesced or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by unjust detention... (Derivative liability clause)

(36) Kathie Liggler-Weyback is co employee by Wellpath group holdings LLC, Wellpath recovery solutions, which is in contract as a private treatment service provides for the operation of the Florida civil commitment center with the state of Florida and (D.C.F.S.). The defendant is employed as the chief executive officer, being so liable and responsible in he oficial, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in her responsibility of overseeing the contracted private treatment service provider with the state of Florida and (D.C.F.S.) The defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesced or approved the continued and furtherance of such acts (3) The Defendants cause the petitioner personal injury by prolonging unjust detention... (Derivative liability clause)

(37) Sami Mnaymneh (founder and Co-C.E.O) Wellpath group holdings LLC, Wellpath recovery solutions The defendant is employed as a chief executive officer, and being so liable and responsible in her official, professional and individual capacity and has a contractual obligation to the petitioners pursuant to the laws of the state of Florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in her responsibility of overseeing the contracted private treatment provider service with the

State of florida and (D.C.F.S.) The defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesced. or approved the continued and furtherance of such act (3) The Defendant cause the petitioner personal injury by prolonging unjust detention. (Derivative liability clause)

(38) DR Donald sawyer (Regional Director) wellpath group holdings LLC. and wellpath recovery solution, is so employed as the Regional Director, with wellpath group holdings LLC. and wellpath Recovery solution. and being so liable and responsible in his official, professional, individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of officer of which he has violated and has so failed in his fiduciary and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.S.) The defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesces or approved the continued and furtherance of such act (3) The Defendants cause the petitioner personal injury by prolonging by unjust detention . . (Derivative liability clause)

(39) MR Jon corner (facility Administrator, F.C.C.C. provided Regional security Director) wellpath group holdings LLC, wellpath recovery solution and being so employed liable and responsible in his official, professional individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and his oath of office of which he has violated and has so failed in his fiduciary and breach of contract in his ~~responsible~~ responsibility of overseeing the contracted private treatment service provider with the state of florida and (D.C.F.S.) The defendant has a duty or authority to act (2) where each personally involved implicitly authorized knowingly acquiesced or approved the continued and furtherance of such act (3) The Defendants cause the petitioner personal injury by unjust detention. (Derivative liability clause)

(40) Mr. Anderson (Facility Administrator f.c.c.c.) is so employed by wellpath group holdings LLC., wellpath recovery solutions which is in contractor a private treatment service provider for the operations for the Florida civil commitment center with the state of Florida and (D.C.F.S) The defendant is so employed as the Facility Administrator of f.c.c.c. and being so liable and responsible in his official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the state of Florida and (D.C.F.S.) The defendant has a duty of authority to a (12) where each personally involved implicitly authorized knowingly acquiesced or approved the continued and furtherance of such act (3) The Defendants cause the petitioner personal injury by prolonging unjust detention... (derivative liability clause)

(41) G. Brown (is the security director for the Florida civil commitment center and is so employed by wellpath group holdings LLC and wellpath recovery solutions which is in contract as a private treatment service provider with the state of Florida and (D.C.F.S) The defendant is so employed as the security director and being so liable and responsible in his official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of Florida and his oath of office of which he has violated and has so failed in his fiduciary duty and breach of contract in his responsibility of overseeing the contracted private treatment service provider with the state of Florida and (D.C.F.S.) The Defendant cause the petitioner personal injury by unjust detention... (derivative liability clause)

(42) Ms. Selina Williams (assistant facility administrator f.c.c.c.) wellpath group holdings LLC; wellpath recovery solutions is so employed as the assistant facility administrator f.c.c.c. for wellpath group holdings LLC and wellpath recovery solutions and being

so liable and responsible in her official professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in her responsibility of overseeing the contracted private service Treatment provider with the state of florida and (D.C.F.S.) the Defendant has a duty or a authority to act (2) where each personally involved implicitly authorized Knowingly acquiesced or approved the continued and furtherance of such act (2) The defendants cause the petitioner personal injury by unjust detention... (Declarative liability clause)

(43) DR. courtney Jones (facility clinical Director F.C.C.C.) wellpath group holding LLC, wellpath recovery solutions, is so employed as the facility clinical director for F.C.C.C.) wellpath group holding LLC, and wellpath recovery solutions and being so liable and responsible in her official, professional and individual capacity and has a contractual obligation to the petitioner pursuant to the laws of the state of florida and her oath of office of which she violated and has so failed in her fiduciary duty and breach of contract in her responsibility of overseeing the contracted private Treatment service provider with the state of florida and (D.C.F.S.) The defendant has a duty or authority to act (2) where each personally involved implicitly authorized Knowingly acquiesced or approved the continued and furtherance of such act (s)(3) The Defendants cause the petitioner personal injury by unjust detention (Declarative liability clause)

(44) DR. carol DePass psy. D. py 7845 (wellpath group holdings LLC wellpath recovery solution (facility Lead clinical psychiatrist, F.C.C.C.) wellpath group holdings LLC, wellpath recovery solutions is so employed as the lead clinical director, F.C.C.C.) wellpath group holdings LLC and wellpath recovery solutions and being so liable and responsible in her official, professional and individual capacity and has a contractual

obligation to The petitioner pursuant To The law of The laws of The State of Florida and her oath of office of which she has violated and has so failed in her fiduciary duty and breach of contract in her responsibilyof overseeing The contracted private treatmen service provider with The State of Florida and (D.C.F.S.) The Defendant has a duty or authority to act (2) where each personally involved, implicitly authorized knowingly acquiesced, or approved The continued and furtherance of such act (3) The Defendants cause The petitioner personal injury by unjust Detention (Derivate liability clause)

(45) (Clinical Therapist, F.C.C.C.) wellpath group holdings LLC and wellpath recovery solutions and being so liable and responsible in Their official, professional and individual capacity and has a contractual obligation to The petitioner to The laws of The State of Florida and Their oath of office of which They has violated and has so failed in Their fiduciary duty and breach of contract in Their responsibility of overseeing The contracted private treatment provider with The State of Florida and (D.C.F.S.) The defendants has a duty or authority to act (2) where each personally involved implicity authorized knowingly acquiesced or approved The continued and furtherance of such act (3) The Defendants cause The petitioner personal injury by unjust detention (Derivative liability clause)

(46) smart communications did enter into an unlawful and form contract for services with The Florida Civil Commitment center and the State of florida which has deprived The petitioner of his mailing privileges and right and further place The petitioner ina: "Zone of Risk" and have interfered with The petitioner access To The courts and my right of privacy To The legal mail process, visitation and more. The smart communications services has without The petitioner consent or agreement to services subjected The petition To such restrictions with ou The petitioner consent, The petitioner mail is slated To be sent To a post office box

whereas the petitioner is not allowed as a sex offender to utilize p.o. Boxes or an address or mail receipt without such being so first registered with the Department of (F.D.L.E), the defendant has subjected the petitioner to such a "zone of risk in that"; The Defendants is not protected from the possibility and the ability on the part of certain named defendants above using their unrestricted access to such tablets services to unlawfully and untruthfully allege, conspire and/or orchestrate scenarios where the petitioner is accused of receiving or being affiliated with unsolicited correspodences that can allege certain claims upon which the petitioner could not defend against or would have to defend against, whereas with out such proof the petitioner would be perceived as "just lying" when it is the certain named co-conspirators above who has arranged to have some unknown party to the petitioner to write a correspondence to the petitioner in the petitioner name with certain information that the above named defendants would know and then the "independant knowledge" clause would and could be met and then I, the petitioner can be charged and or simply alleged is enough for the civil court to deny my release base on such falsified claims... This seems a bit much, however, as is there is nothing to prevent this from happening from any of the residents

here at the florida civil commitment center
(F.C.C.C.) as a result of the manner in which
the current services are arranged where the
residents is not allowed to reject any such
correspondence before it is opened and scanned
to his account and associated to him with
its contents... The residents here are mentally
health patients with certain mental limitations
and these type services can be used to take
advantage of this type population in a
exploitive and abusive manner and the smart
communications services has done nothing at
this point to protect the petitioner or residents
population from the possibility of such happening
... The facility can access the resident tablet
account and read his emails and his legal mail
and his correspondences and all such are
admissible in a civil court case and the facility
can and will use these against the petitioner
and residents... The smart communications services
company is in business with the wellpath group
holdings LLC., wellpath recovery solutions which is in
contract as a private treatment service provider
for the operation of the florida civil commitment
center with the state of florida and (D.C.F.S.)
and is responsible in their official business,
professional and individual capacity and has a
contractual obligation to the petitioner pursuant to
contract or contract or contracted private treatment
service provider for the operation of the florida

Florid's cohabitation law... Conspiracy through
pursuant to coercive activity undue influence upon
the courtand/or others. The department is specifically
being sued pursuant to the violations of the mental
health act, Chapter 394. fla. stat. which is specifically
incorporated by reference into the (D.C.F.S.)/wellpath
recovery solutions contract.

The Department of children and family services
(D.C.F.S.) is a state agency upon which the
petitioner was place in their expressed custody and
care as such was and is specifically responsible
for the welfare and care of the petitioner in their
custody at all times) The named defendants ha
committed the act. of state violation of civil and
human rights; state business fraud and malpractice;
state commerce fraud and malpractice.

Part one. (1) false pretenses and fraud, generally
§87.505 patient brokering. did violate by
publishing " fugitive literature to the circuit court
of the second Judicial circuit in and for Desoto
county. Florida and interfered with the administra-
tion of Justice in a Judicial proceeding...
pseudodiagnosticity Grope and Liberman (1996)
Misestimation of covariance (Garb 1998)
Attribution bias
fraudulent writings and reports
procedures or decision-making criteria

cannot be standardized (Otto, 2000)
On the other hand, the circuit courts (over the years)
have relied solely on the T.P.R's to continue the
civil detention of the mental health patients in
florida although said reports are likewise not sworn
which make them unreliable, see spivey v. STATE, 12
So. 3d 880 (fla, 5th DCA 2009).

causing the committing court on many occasions
to utilized the TPR's solely as the basis to continue
civil detention and all along the circuit Judge
disregarded him ministerial duty of appointing an
independent qualified psychologists at annual
reviews, although it's required by § 394.918, fla stat
on (all) mental health case. see, Jackson v. STATE,
upon which are unsworn unsubstantiated, falsely
articulated and maliciously misleading for the purpose
of ensuing the re-commitment and further detention
of the petitioner

The Defendants has a duty of authority to act (2) where
each personally involved implicitly authorized,
knowingly acquiesced or approved the conduct
and furtherance of such acts (3) The Defendants
cause the petitioner personal injury by prolonging
unjust detention... (Derivative liability clause)

The Defendants did fail to treat the petitioner or provide adequate treatment that meets the statutory and constitutional requirements of law and professional judgment standards. "and treatment and care which shall be administrated skillfully, safely and humanely with full respect for the patients dignity and personal interigity. The Defendants failed to administer skillfully, safely, and humanely with full respect for the patients dignity and personal integrity

The Defendant's violated professional judgment standards in operating the florida civil commitment center utilizing seclusion or restraint for punishment to compensate for inadequate staffing, or for the convenience of staff. The florida civil commitment center dose not ensure that all staffs and RTA are made aware of these restrictions on the use of seclusion and restraint and shall make and maintain records which demonstrate that this information has been conveyed to individual staff members.

The Defendants violated professional judgment standards and committed the acts of fraud (whether heretofore denominated intrinsic or extrinsic) misrepresentation or other misconduct of an adverse party.... pursuant to florida state statutes, quality

of treatment for mental health patients; obligated ethical responsibility and duty of care and custody . . . deprivation of liberty including conspiracy to deprive liberty, deprivation of Rights.

A facility may not use seclusion or restraint for punishment, to compensate for inadequate staffing or for the convenience of staff. Facilities shall ensure that all staff are made aware of these restrictions on the use of seclusion and restraint and shall make and maintain records which demonstrate that this information has been conveyed to individual staff members

The Defendants; State of florida, including its agencies; The office of Attorney General and named agon State Attorneys; The Department of children and families services and its office (D.C.S.S.) The Defendants and contracted provider wellpath group holdings LLC and wellpath Recovery solutions; and its office has violated professional judgment standards and committed the wrongful act of failure of fiduciary duty of care by subjecting the petitioner to unlawful and prolonged detention and all the mentioned violations including deprivation of Rights

The state of Florida has so violated the procedural and statutory requirements and Rule 1.110(b) and florida state statutes 95.11 sections §§ 95.11(2)(a), Fla. Stat. (2024 edition) § 95.11(6) Fla. Stat. (2024). Pursuant to Florida Rules of civil procedures Rule 1.110(b) "A pleading set forth a claim of relief whether an original claim, counterclaim, cross claim or Third party claim must state a cause of action... a short and plain statement of the ultimate facts showing that the pleader is entitled to relief and demand for Judgment for the relief to which the pleader deems himself or herself entitled..." upon which where If an initial complaint or petition is not filed none of the above can have properly occurred... The original complaint to civil commit. The subsequent re-commitment action must be petitioned by complaint to initiate a cause of action...

The Treatment providers utilizes invective approaches and communications Towards The petitioner. a violent verbal attack' vituperation" To speak abusive to or about client residents including The petitioner. The treatment providers utilizes

and/or creates the condition of vacuity; emptiness of mind an empty space..." The treatment providers utilizes remarks and comment to mislead the courts system and others. The treatment providers utilizes inane and senseless remark when commenting to or about the petitioner. The treatment providers utilizes false or questionable scientific and procedural vacuities"

Pursuant to the florida supreme court in Director school board of lake county v. Robert Talmadge. (Article X section 12 of the florida constitution states that provisions may be made by general law for bringing suit against the state as to all liabilities now existing or thereafter originating."

The Defendants deprived the petitioner of his right to treatment under the X predator schemes established the fact that treat is actually protected by the state constitution. Failure to provide statutorily adequate mental health treatment to residents confined at the florida civil commitment center. Deprivation of statutory right by implementing overly restrictive policies regarding security, physical movement

violation, and mail. Deprivation of adequate mental health treatment and educational, vocational, exercise, and recreational opportunities.

The Defendants committed acts that a reasonable state official in the same circumstances could not have reasonably believed that treatment met statutory and state constitutional standards.

The Defendants failed to adopt, initiate and implement plans for competent sex offender therapies at the Florida civil commitment center.

The Defendants failure to implement a treatment program for residents which includes all therapy components recognized as necessary by providing professional standards in comparable programs where participant is coerced.

The Defendants do not maintain individual treatment plans for the clients that include objective benchmarks of improvement so as to document measure, and guide the client progress in therapy.

The Defendants Dr. Jones and Dr. Depace failed to supervise, guide, evaluate and properly train

clinical staff and facility faculty, including monitoring of treatment plans, treatment progress reports- notes and clinical judgments of the client and to consult with clinical staff/clients regarding specific issues or concerns about therapy with me, as a client who has, did, or may arise.

The Defendants failed to provide me with access to mental health treatment which gave the petitioner reasonable opportunity to be cured or to improve, or failed to properly record, report and document such improvement, Assigning me therapists that are unqualified, unlicensed, untrained as expert in sex offender treatment modalities as so required by the state statute and constitution.

The Defendants failed their fiduciary duty of care by assigning the petitioner and other residents as a client to a specific track of treatment and then failing to prove qualified and competent therapists experts in that particular field of study thereby rendering me incompetent to improve to give the petitioner an adequate and reasonable opportunity to be cured or to improve

The Defendants misrepresented such failure to a court judicial proceeding That resulted in The interference of The petitioner liberty and resulted in a loss of enjoyment of life. such acts violated The moral authority of law and constitute gross neglect Abuse of mental health clients or patients and abuse of Their authority, office and custodial exploitation. The defendants failed to comply and uphold Their agreed upon and contractual obligation To clients and state of florida To improve in specific area during a settlement in which client / The petitioner was a member by returning To Their former customs and policies That are overly restrictive and abusive. whereas The Doctrine of promissory estoppel relied on agreement The petitioner had with The state of florida and on The representation by The state of florida. . The state of florida agree To abide by The F.R. Civ. P.

The state of florida and its agencies gross negligence and acts of willful misrepresentation and fraud To The pellinas county florida judicial circuit court and has failed To provide duty of care That resulted in The deprivation of The petitioner Liberty and rights To include but not limited To failure of fiduciary duty of care; commiting depreciative acts of state business

fraud and misrepresentation of a material fact;
represents a substantial interference with and
deprivation of The petitioner liberty and liberty,
The Defendants: state of florida including its
agencies: The office of Attorney General and
named assn. state Attorneys'. The Department Children
and families services, and its office (D.C.F.S.) The
Defendants and contracted provider wellpath group
holdings LLC and wellpath recovery solutions; and its
office has committed The wrongful act of: invidious
Discrimination: encouraged The specific incidental
of misconduct and in this way directly participated
in it.

the Defendants: state of florida, including its
agencies: The office of Attorney general and
asst. state attorneys The department of children and
families services and its office (D.C.F.S.) The Defendants
and contracted provider wellpath group holding LLC
and wellpath recovery solutions; and its office
has benefited financially from such wrongful acts
and This constitutes unjust enrichment, corporate
Toference: encouraged The specific incident(al)
of misconduct and its This way directly participated
in it.

The Defendants: state of florida, including its

agencies: The of Attorney general and named asst.
state Attorneys The Department of children and
families services and its office (D.C.F.S.) The
Defendants and contracted provider wellpath
group holding LLC. and wellpath recovery
solution; and its office have committed the wrongful
act of; failure of fiduciary duty of care by;
conspiracy though pursuant to coercive activity;
The state of Florida and the named state attorney
office, state Attorney and Asst state attorney and the
named attorney general and asst attorney general,
named state agency and agents of the state agency,
named has used vadue influence upon the circuit
court of the Pellinas Judicial circuit in and
for Pellinas county for in which was fraudulent
and a misrepresentation of the Truths and of the
record and as such did result in the interference
of petitioner liberty and ability to live my life. . .
encouraged the specific incidents) of misconduct
and in this way directly participated in it

The Defendants; state of Florida, including its
agencies The office of Attorney general and
named assn. state Attorneys The Department of
children and families services and its office (D.C.
F.S.) The Defendants and contracted provider
wellpath group holdings LLC. and wellpath recovery

solutions' and its office has committed the wrongful
act of failure of fiduciary duty of care by utilizing
undue influence upon the court and/or others in
violation of: encouraged the specific incident(s)
of misconduct and in this way directly participated
in it.

The Defendants: state of Florida, including its
agencies: the office of Attorney general and
named assn. state attorney, the Department of
children and families services and its office
(D.C.F.S) the Defendants and contracted provider
wellpath group holdings LLC and wellpath recovery
solutions and its office has committed the
wrongful act of: deprivation of state constitutional
rights, by circumventing procedural requisites of
law to wrongfully civilly detain the petitioner
and others here at Florida civil commitment against
their will and facilitating the implementing of
overly restrictive and punitive customs and
policies' regarding security physical movement,
visitation, mental health services, medical services
and mail; deprivation of adequate sex
offender and mental health treatment and
educational, vocational, exercise and recreational
opportunities... That a reasonable state
official in the same circumstances could not

have reasonably believed that treatment met constitutional standards... and that the defendants encouraged the specific incident(s) of misconduct and in this way directly participated in it.

The Defendants: State of Florida, including its agencies: the office of Attorney general and named asst. State attorneys the Department of children and families services and its office (D.C.F.S.) The defendants and contracted provider wellpath group holding LLC and wellpath recovery solutions and its office has committed wrongful act of: failure of fiduciary duty of care by: having failed to adopt, initiate and implement plans for initial and ongoing training and/or hiring of competent sex offender therapists, psychiatrists or psychologists... at the (s.r.c.c.)... encouraged the specific incident(s) of misconduct in this way directly participated in it.

The Defendants: State of Florida, including its agencies: The office of Attorney general and named asst. State attorneys the department of children and families services and its office (D.C.F.S.) The Defendants and contracted provider wellpath group holding LLC and wellpath recovery

solutions, and its office has committed the
wrongful act of: failure of fiduciary duty
of care by: failed to implement strategies
to rectify the lack of trust and rapport
between respondent and the treatment team
and providers. encouraged the specific
incident(s) of misconduct and in this way
directly participated in it toward mental
health patients in their custody or care.

The Defendants and contracted provider has
committed the wrongful act of: failure of
fiduciary duty of care by: failed to implement
a treatment program for the petitioner which
includes all therapy components recognized
as neccessary by prevailing professional
standards in comparable programs where
participation is coerced... encourage the
specific incident(s) of misconduct and in this
way directly participates in it;
The Defendants did conspire to present and
did present to the court a misrepresentation

in regards to symptomatic behaviors
having the characteristics of a particular
disease but arising from another cause,
engaging in degradation conduct towards
mental health patients in their custody or care.
Thus creating or causing Apoplectic conditions
and so failed to provide symptomatic analysis
and treatment protocols that explains
symptomatology with specificity that
does not negatively or discriminatively
prejudices me as a petitioner or violates
or interfere with petitioners due process
or liberty.

The defendants and contracted provider has
committed the wrongful act of: Degradation:
decline to a low, destitute or demoralized
state. The act or process of degrading—
moral or intellectual decadence (mental
degradation) impoverishment or deprivation
of something essential to productiveness...

The Defendant and contracted provider has submitted false and misrepresented information to the courts and employed treatment protocols and other clinical tactics that lack cognitive Depth perception: clinicians or experts that lacks the ability to judge the cognitive or mental spatial relationship of acuity at different times and stages... including any conclusion or recommendations as such Depth psychology, psychoanalysis psychology concerned with esp with the unconscious mind... perfidiousness: an act of disloyalty perfervid excessively fervent: clinical fervidity: degradity: degrading fervidness/ fervent~ exhibiting or marked by great intensity of feeling ... towards mental health patients in their custody or care.

The Defendant and contracted provider has committed the wrongful act of: unjust enrichment and the petitioner is so seeking

money damages and injunctive relief. so barring the State of florida and Defendants from profiteering from any further relationship with the petitioner in any contractual or commerce matter of interest and profit. patient brokering interests and unjust enrichments shall be placed in court trust, where these financial gain shall be awarded in compliance with the final judgment. it is the state and its associate business partners responsibility to advise the court and the petitioner(s) of these individual profits, payments and/or accounts.

As such, it is the petitioners position that such a remedy and injunctive relief awarded amount will dissuade the responsible parties in any future procedures or business with or for the people from repeating the same acts

or other like such acts in accordance
to these terms of justice.

And that; wellpath recovery solution is a
subsidiary owned by H.I.G. Capital
now recovery solutions is also owned by
H.I.G. Capital group. A florida private
equity group which manages 43
43 million in assets. H.I.G. own TKC holding
a holding group That includes Keefe
group (commissary) and ICS (phone services)
through six subsidiaries. wellpath
recovery solutions runs the florid civil
commitment center as a private service
contractor in contact with the state of
florida and the Department of Children
and family services (D.C.F.S.). H.I.G.
Capital investment group, idole merger w/
correctional medical group.

(4) That at all times relevant, named defendants
did collude and conspire to deprive the
petitioner of his due process rights and the
right to be free from arbitrary Detention.
That the Defendants did and are in violation
of State Statute and Law

(Fla. Stat. Ch. an 327.19, Fla. Stat. an 459.2085, Fla. Stat. Ch. an 768.14 Torts (sec. an 776.101 To sec. an 774.209), negligence (sec. an 768.041 To sec. an 768.81) and General Provisions (sec. an 768.041 To sec. an 768.395). waives of sovereign immunity.

comparative negligence, comparative fault an 768.51(c) florida statutes (2024 edition) an 768.0811.(c) negligent act, an (2) effect of contributory fault and B. section 3, Ch. 2014-215. Chapter 542 combinations restricting Trade or commerce (sec. 542.15 To sec. 542.36) (florida statutes (2024 edition)) unjust enrichment and 3, art. X of The florida State constitution Art. 1. sec. 10 of The florida State constitution) Chapter 394. mental health (sec. 394.451 To sec. 394.932) (florida statutes (2024 edition)) fla. Stat. Ch. 517.171 burden of Proof (florida statutes (2024 edition)) fla. Stat. Ch. 394.9125 State attorney authority To refer a Person for civil commitment. (florida statutes edition)) fla. Stat. Ch. 394.459 Rights of Patiens (florida statutes (2024 edition)).

(2) The provider wellpath recovery solutions are in violation of The "Comupp. et. al. v. Sheldon 2.04-CV-265-Un-DNF, is a lawsuit

filed in the federal court for the middle district
of florida. Ft. Myers Division. The case was filed
in may 2004 and challenges the constitutional
adequacy of the mental health treatment and
sex offender treatment provided as the florida
civil commitment center. in august 2005 the
court certified two subclasses: The settlement
plan includes improvements to the oversight
and staffing of the inpatient mental health
unit.

The creation of policies addressing the screening
and referral process for the use of anti-androgen
comprehensive discharge planning for phase
IV residents improvements to a special track
of treatment, and improved training for clinical
staff and RTA housing staff." pursuant to the
florida civil commitment center plan of Action
Defendents have breach The settlement agreement
and the terms set Therefore. where as the
breach has resulted in injury and the
Deprivation of rights for the respondent,
clinical fraud and malpractice, state and
corporate business fraud and malpractice
Defrauding clients Through deceptive and
dishonest means, conspiracy to discriminate
by (but are not limit to)
Knowingly and intentionally conspiring with

others in an organized and systematic scheme
to discriminate against the petitioner or
a client and act on such discrimination in
an manner known and intended by the
actors to cause harm or injury, or impede
the progress of through deprivation of
services and/or the like. Conspiracy to conceal by
(but not limit to) knowingly and intentionally
conspiring with others in an organized and
systematic scheme to concerning document
evidence, science, research, truthful, analytical
results, treatment results and records and/or
true records of evidence and events. Witness
tampering or intimidation by (but not limit to)
knowingly and intentionally threating, harassing
and/or assaulting, or facilitating such against
clients who files grievances, write authorities,
or inform agencise of accountability about
unlawful acts perpetrated by the defendant
forgery of a legal document by (but not limited
to):
knowingly and intentionally filing court
documents making false or dishonest claims
statements, or accusation against clients.
~~individual~~ Al invidious discriminations vesti's
florida statutes annotated title XXXIII regulation
of trade, commerce, investments, and

solicitations (chapter 494-560) chapter 542, combinations restricting trade or commerce.

(1) Defendants have entered into a meeting of the minds, collusion and conspiracy and orchestrated concerted acts of the petitioner the state of florida that have placed the petitioner in a zone of risk that has resulted in the exploitation abuse and deprivation of state civil rights of the petitioner. The state of florida has failed to protect the liberty interests afforded through the state of florida constitution to the petitioner an obligation pursuant to duty of care.

(2) Defendants have entered into conspiracy to submit exparte, fabricated, misleading, and fraudulent records, assertions and reports as scientific evidence or accepted by the scientific community into legal proceedings under oath or as sworn affidavits, that concluded in the taken of petitioners liberty, rights and equal protections under the law. The petitioner maintains that as a result of these abuses and exploited incursion on the civil rights of the petitioner that the petitioner is not

receiving the negotiated treatment pursuant
to the cannupp settlement and in accordance
to the contract of commerce entered into
between the state of florida and the
wellpath corporation, LLC and that the
treatment provided do not maintain individual
treatment plans for the petitioner that are
credible, realistic or factually situated for
reliable reference... that include objective
benchmarks of improvement so as to document
measure and guide the petitioners progress in
therapy... This failure of fiduciary duty
and contractual obligation did hinder the
petitioner progress in treatment and in court
This failure denied the petitioner procedural
Due process under the state constitution
and extended his unlawful incarceration at
the florida civil commitment center,
comparative negligence, comparative fault
in 768-81(c) florida statutes (2024 edition)
a 768-0811. (c) negligent action (a) effect
of contributory fault and B sections on
2011-215.

The petitioner is suing each named defendant
individually for the amount of: $ 3 300,000.00
and each named entity in the amount of $100,

000,000,00

in accordance with 768.28(6)(c) Florida Statute, The Claimant in the above styled case, do provide The following information

full name: JAMES IRA JACKSON
Date of Birth: 11-16-74/Place of birth TAMPA Florida.

The claimant therefore declares That I have not filed any additional claims in excess of $200.00 at The Time of submitting This information provided herein

The petitioner hereby certify The foregoing is True and correct,

Respectfully submitted
James IRA JACKSON